## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## LEWIS T. BABCOCK, CHIEF JUDGE

Civil Case No.  06-cv-01072-LTB-BNB

NANCY LOVERING, an individual,

        Plaintiff,

v.

JAMES BENNER, individually;
ANNE BENNER, individually; and as husband and wife;
JOHN DOES I-X;
JANE DOES 1-X;
BLACK CORPORATIONS I-X;
WHITE COMPANIES I-X;
BLUE PARTNERSHIPS I-1;
UNKNOWN HEIRS OF THE AFORENAMED DEFENDANTS, if deceased,

        Defendants.

_____

## ORDER
_____

        THIS MATTER having come before the Court on the Stipulated Motion to Dismiss (Doc 17 - filed January 30, 2007), and the Court being fully advised in the premises, it is therefore

        ORDERED that as follows:

        1.    All claims against Anne Benner are **DISMISSED WITHOUT PREJUDICE**.

        2.    The claim for exemplary damages against James Benner is **DISMISSED WITHOUT PREJUDICE**.

        3.    The claim for attorney fees against James Benner is **DISMISSED WITHOUT PREJUDICE.**

    4.       This matter shall continue against James Benner on the negligence claims.

BY THE COURT:

   s/Lewis T. Babcock<u>              </u>
Lewis T. Babcock, Chief Judge

DATED:    February <u>  22  </u>, 2007