**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  06-cv-01072-LTB-BNB

NANCY LOVERING, an individual,

       Plaintiff,

v.

JAMES BENNER, individually;
ANNE BENNER, individually; and as husband and wife;
JOHN DOES I-X;
JANE DOES 1-X;
BLACK CORPORATIONS I-X;
WHITE COMPANIES I-X;
BLUE PARTNERSHIPS I-1;
UNKNOWN HEIRS OF THE AFORENAMED DEFENDANTS, if deceased,

       Defendants.
_____

**ORDER**
_____

THIS MATTER having come before the Court on the Stipulated Motion to Dismiss (Doc 24 - filed July 11, 2007), and the Court being fully advised in the premises, it is

ORDERED that all claims against James Benner and Anne Benner are **DISMISSED WITH PREJUDICE**, each party to pay their own attorney fees and costs.

                        BY THE COURT:

                        s/Lewis T. Babcock
                        Lewis T. Babcock, Judge

DATED:   July   16  , 2007